UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW T. SZURA & COMPANY,
INC., d/b/a/ SZURA INSURANCE　　　　　　Case No.　　12-11593
SERVICES,

　　　　　　　　　　　　　　　　　　　　HONORABLE AVERN COHN

　　　　　Plaintiff,

v.

GENERAL INSURANCE COMPANY,
OF AMERICA,

　　　　　Defendant.
_____/

## JUDGMENT

　　　For the reasons stated in the Memorandum and Order entered on October 26, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.


　　　　　　　　　　　　　　　　　　DAVID WEAVER

Dated: October 26, 2012　　　　　　　By: s/Julie Owens
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2012, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　　S/Julie Owens
　　　　　　　　　　　　　　　　　　Case Manager, (313) 234-5160